IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAWNA HARTMANN,

    Plaintiff,                    No. CIV S-08-3094 DAD P

    vs.

CAL. DEP'T CORRS. & REHABILITATION, et al.,

    Defendants.          <u>ORDER</u>

    /

The parties in this action have filed a stipulation to extend the time for defendants to file responsive pleadings in this matter. Good cause appearing, IT IS HEREBY ORDERED that defendants shall file their responsive pleadings on or before October 14, 2009.

DATED: September 11, 2009.

*[signature]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
hart3094.stip