# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWNA HARTMANN & CAREN HILL,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CAL. DEP'T CORRS. & REHABILITATION, et al.,<br><br>　　　　Defendants.<br>_____/ | 1:10-cv-00045-SMS-PC<br><br>ORDER DIRECTING THE CLERK'S OFFICE TO ADMINISTRATIVELY RE-DESIGNATE THIS ACTION AS A 440 CIVIL ACTION, ASSIGN A DISTRICT JUDGE, AND ISSUE ALL APPLICABLE STANDING ORDERS AND SCHEDULING ORDERS<br><br>(Doc. 1) |

This civil rights action was filed on December 18, 2008, by Plaintiff Shawna Hartmann, at the Sacramento Division of the United States District Court for the Eastern District of California. (Doc. 1.) On October 21, 2009, an amended complaint was filed by Plaintiffs Shawna Hartmann and Caren Hill ("Plaintiffs"). (Doc. 19.) On January 8, 2010, on defendants' motion, the action was transferred to the Fresno Division of the Eastern District. (Docs. 31, 42.) Plaintiffs are state prisoners who are represented by counsel. The action was inadvertently designated at opening as one filed by a prisoner proceeding pro se.

Therefore, the Clerk's Office is HEREBY DIRECTED to:

1. Re-designate this action as a 440 civil action;

2. Assign a District Judge to this action; and

3. Issue all applicable standing orders and scheduling orders.

Further, the parties SHALL omit the PC designation at the end of the case number.

IT IS SO ORDERED.

**Dated:   January 19, 2010**　　　　　　　　　**/s/ Sandra M. Snyder**
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE