1  BARBARA A. MCGRAW (#117115)
   1170 Bollinger Canyon Road
2  Moraga, CA 94556
3  Telephone: (925) 631-4061
   Facsimile:  (925) 376-5625
4  Email: bmcgraw9@mac.com
   *Attorney for Plaintiffs*
5

6  EDMUND G. BROWN JR., State Bar No. 37100
   Attorney General of California
7  KENNETH R. WILLIAMS, State Bar No. 73170
   Supervising Deputy Attorney General
8  MICHELLE L. ANGUS, State Bar No. 210031
   Deputy Attorney General
9    1300 I Street, Suite 125
     P.O. Box 944255
10   Sacramento, CA 94244-2550
     Telephone:  (916) 445-2395
11   Fax:  (916) 324-5205
     E-mail:  Michelle.Angus@doj.ca.gov
12 *Attorneys for Defendants*
   *California Department of Corrections and*
13 *Rehabilitation, Schwarzenegger, State of California,*
   *Central California Women's Facility, Cate,*
14 *Hubbard, Smith, Grannis, Lattimore, Division of*
   *Adult Institutions, Division of Community*
15 *Partnerships and Del Sayles-Owen*

16                    IN THE UNITED STATES DISTRICT COURT

17                   FOR THE EASTERN DISTRICT OF CALIFORNIA

18                              SACRAMENTO DIVISION

19

20 | **SHAWNA HARTMANN and CAREN HILL,** | Case No. 1:10-CV-00045-LJO-SMS |
21 | | **ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADINGS TO THE FIRST AMENDED COMPLAINT** |
22 | Plaintiffs, | |
23 | v. | |
24 | **CAL. DEPT. OF CORRECTIONS AND REHABILITATION, et al.,** | |
25 | | |
26 | Defendants. | |

27

28

                                       1
[Proposed] Order Granting Extension of Time to File & Respond to Amended Cmplt. (1:10-00045-JLO-SMS)

PDF created with pdfFactory trial version www.pdffactory.com

1  Pending before the Court is the parties' Joint Stipulation for Extension of Time to File and
2  Respond to Plaintiffs' Amended Complaint.
3  **GOOD CAUSE APPEARING,** the Court hereby grants the parties' request to extend time
4  for Plaintiffs to e-file and e-serve their amended complaint to August 9, 2010 and to extend time
5  for Defendants to e-file and e-serve their response to September 13, 2010.
6  **IT IS SO ORDERED.**
7  Dated:   June 30, 2010

        /s/ Sandra M. Snyder
HONORABLE SANDRA M. SNYDER
UNITED STATES MAGISTRATE JUDGE

PDF created with pdfFactory trial version www.pdffactory.com