# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWNA HARTMANN and CAREN HILL, | CASE NO. 1:10-cv-00045-LJO-SMS |
| Plaintiffs, | ORDER GRANTING LEAVE TO FILE CORRECTED |
| v. | SECOND AMENDED COMPLAINT |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | (Doc. 83) |

Plaintiffs Shawna Hartmann and Caren Hill, inmates incarcerated at Central California Women's Facility ("CCWF"), by their attorney Barbara McGraw, have requested leave to amend their second amended complaint, based on their attorney's busy schedule and inability to review the document before filing it.  Attorney McGraw reports that her many professional commitments rendered her unable to secure the consent of Defendant for the proposed amendment.

Federal Rule of Civil Procedure 15(a)(2) provides that "a party may amend its pleading only with the opposing party's written consent or the court's leave.  The court shall freely give leave when justice so requires."  In the interest of justice, this Court will grant Plaintiffs' request.

Nonetheless, the Court would be remiss if it failed to observe that Attorney McGraw has made a habit of first requesting extension of the Court's filing deadlines, then submitting her client's documents at the last possible moment, reviewing them at her leisure, and finally requesting leave to amend.  Despite her continual reminders to this Court that she is a professor,

1   not a practicing lawyer, the demands on Attorney McGraw's time and schedule are no greater
2   than those of other attorneys practicing before this Court.  Although this Court recognizes that
3   Attorney McGraw has generously agreed to represent Plaintiffs, her repeated failure to
4   adequately budget her time to permit the filing of completed documents in a timely fashion
5   demonstrates disrespect for both the Court and the Defendant.  This Court reserves the right to
6   deny future requests for amendment of documents filed without adequate review.
7          This Court hereby GRANTS Plaintiffs' motion for leave to file a Corrected Second
8   Amended Complaint, already filed with this Court as Document 84.

12  IT IS SO ORDERED.
13  **Dated:     August 17, 2010**                    /s/ Sandra M. Snyder
                                                    UNITED STATES MAGISTRATE JUDGE

2