BARBARA A. MCGRAW (#117115)
1170 Bollinger Canyon Road
Moraga, CA 94556
Telephone: (925) 631-4061
Facsimile: (925) 376-5625
Email: bmcgraw9@mac.com
*Attorney for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **SHAWNA HARTMANN and CAREN HILL,**<br><br>Plaintiffs,<br><br>v.<br><br>**Matthew Cate, et al.,**<br><br>Defendants. | Case No. 1:10-CV-00045-LJO-SMS<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR PLAINTIFFS TO FILE THEIR OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT** |

Pending before the Court is the Plaintiffs' and Defendants' Joint Stipulation to extend time for Plaintiffs to e-file and e-serve their opposition to Defendants' motion to dismiss the Second Amended Complaint.

**GOOD CAUSE APPEARING,** the Court hereby grants the parties' request to extend time for Plaintiffs to file their opposition to Defendants' motion to dismiss the Second Amended Complaint to October 6, 2010.

**IT IS SO ORDERED.**

Dated:  September  24, 2010

/s/ SANDRA M. SNYDER
HONORABLE SANDRA M. SNYDER

1

PDF created with pdfFactory trial version www.pdffactory.com

UNITED STATES MAGISTRATE JUDGE

2

[Proposed] Order Granting Leave to File Corrected Second Amended Cmplt. (1:10-00045-JLO-SMS)

PDF created with pdfFactory trial version www.pdffactory.com