# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**SHAWNA HARTMANN, ET AL.,**

CASE NO: **1:10–CV–00045–LJO–SMS**

v.

**DEPARTMENT OF CORRECTIONS AND REHABILITATION, ET AL.,**

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER OF 3/25/11**

          **Victoria C. Minor**
          Clerk of Court

ENTERED: **March 25, 2011**

          by: /s/ M. Verduzco
          Deputy Clerk