UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 19 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SHAWNA HARTMANN and CAREN HILL,<br><br>        Plaintiffs - Appellants,<br><br>  v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS; et al.,<br><br>        Defendants - Appellees. | No. 11-16008<br><br>D.C. No. 1:10-cv-00045-LJO-SMS<br>U.S. District Court for Eastern California, Fresno<br><br>**MANDATE** |

      The judgment of this Court, entered February 19, 2013, takes effect this date.

      This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                 FOR THE COURT:
                                 Molly C. Dwyer
                                 Clerk of Court

                                 Synitha Walker
                                 Deputy Clerk