# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWNA HARTMANN, *et al.,* | CASE NO. CV-F-10-00045 LJO SMS |
| Plaintiffs, | **ORDER TO RE-CAPTION CASE** |
| vs. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, *et al.,* | |
| Defendants. / | |

Based on the parties' agreement that the lead plaintiff is no longer a party to this case and her claims are moot, the case should be re-captioned. Accordingly, the Caption for this case shall be as follows:

| | |
|---|---|
| CAREN HILL, | CASE NO. CV-F-10-00045 LJO SMS |
| Plaintiff, | |
| vs. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, *et al.,* | |
| Defendants. / | |

IT IS SO ORDERED.

Dated:  April 30, 2013                    /s/ **Barbara A. McAuliffe**
                                      UNITED STATES MAGISTRATE JUDGE