1

2

3

4

5                    **IN THE UNITED STATES DISTRICT COURT**

6                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

7

8    SHAWNA HARTMANN, *et al.,*                    CASE NO. CV-F-10-00045 LJO SMS

9                 Plaintiffs,                      **ORDER TO RE-CAPTION CASE**

10        vs.

11   CALIFORNIA DEPARTMENT OF
     CORRECTIONS AND
12   REHABILITATION, *et al.,*

13
                    Defendants.
14   _____/

15        Based on the parties' agreement that the lead plaintiff is no longer a party to this case and her

16   claims are moot, the case should be re-captioned.  Accordingly, the Caption for this case shall be as

17   follows:

18        CAREN HILL,                              CASE NO. CV-F-10-00045 LJO SMS

19
                              Plaintiff,
20             vs.

21        CALIFORNIA DEPARTMENT OF
          CORRECTIONS AND
22        REHABILITATION, *et al.,*

23                    Defendants.
          _____/
24

          IT IS SO ORDERED.
25
     **Dated:   April 30, 2013**           _____/s/ **Barbara A. McAuliffe**_____
26                                          UNITED STATES MAGISTRATE JUDGE

27

28

                                    1