1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  MISHA D. IGRA, State Bar No. 208711
   Supervising Deputy Attorney General
3  DAVID E. BRICE, State Bar No. 269443
   Deputy Attorney General
4     1300 I Street, Suite 125
      P.O. Box 944255
5     Sacramento, CA  94244-2550
      Telephone:  (916) 324-8010
6     Facsimile:  (916) 324-5205
      E-mail: David.Brice@doj.ca.gov
7  *Attorneys for Defendants CDCR, CCWF,
   Beard, and Johnson*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **CAREN HILL**, <br><br> Plaintiff, <br><br> v. <br><br> **CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.**, <br><br> Defendants. | Case No. 1:10-CV-00045-LJO-SMS <br><br> **STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE (Fed. R. Civ. P. 41(a)(1)(A)(ii))** |

   Plaintiff Caren Hill was released from CDCR custody, and thus, the remaining claims in this lawsuit are now moot.  Therefore, the parties stipulate to a dismissal of this action without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

/ / /

/ / /

/ / /

1

1     IT IS SO STIPULATED.

2   Dated: June 27, 2013                                   JONES DAY

3                                                             By: */s/ David C. Kiernan*
David C. Kiernan

Attorneys for Plaintiff Caren Hill

Dated: June 27, 2013                                   By: */s/ Barbara McGraw*
Barbara McGraw

Attorney for Plaintiff Caren Hill

Dated: June 27, 2013                                   KAMALA D. HARRIS
Attorney General of California

By: */s/ David E. Brice*
David E. Brice
Deputy Attorney General

Attorneys for Defendants

In accordance with the parties' stipulation, this action is dismissed without prejudice. The Clerk of the Court shall close the file.

IT IS SO ORDERED.

    Dated:   **June 27, 2013**                       **/s/ Lawrence J. O'Neill**
                                                             UNITED STATES DISTRICT JUDGE

2

Stip. Voluntary Dismissal [Fed.R.Civ.P. 41(a)(1)(A)(ii)] (1:10-CV-00045-LJO-SMS)